CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKs

MAY 04 2012

JULIA C. DUDLEY, CLERK
BY: HMcDrnaco
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **ROBERT EARLE RAMBO,**<br>Petitioner, | Civil Action No. 7:12-cv-00034 |
| v. | **ORDER** |
| **DIRECTOR, DEPARTMENT OF CORRECTIONS,**<br>Respondent. | By:   Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that respondent's motion to dismiss is **GRANTED**; petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; petitioner's motion for an evidentiary hearing is **DENIED as moot**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

ENTER: This 4th day of May, 2012.

                                        /s/ Jackson L. Kiser
                                        Senior United States District Judge