CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKa

MAY 04 2012

JULIA C. DUDLEY, CLERK
BY: HMcDonao
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT EARLE RAMBO,<br> Petitioner, | ) ) ) | Civil Action No. 7:12-cv-00034 |
| v. | ) ) ) | **ORDER** |
| DIRECTOR, DEPARTMENT OF<br>CORRECTIONS,<br> Respondent. | ) ) ) ) | By: Hon. Jackson L. Kiser<br>   Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that respondent's motion to dismiss is **GRANTED**; petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; petitioner's motion for an evidentiary hearing is **DENIED as moot**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

ENTER: This 4+h day of May, 2012.

           /s/ Jackson L. Kiser
           Senior United States District Judge